IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | 2:08-CR-062-J (01) |
| JOSEPH WILLIAM WOLFE | § § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

On January 30, 2009, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress evidence seized during a vehicular stop filed by defendant JOSEPH WILLIAM WOLFE be denied. On February 5, 2009, defendant filed objections to the Report and Recommendation. As of this date, the government has not submitted any objections.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation to deny the motion to suppress evidence seized during a vehicular stop entered January 30, 2009, is hereby ADOPTED. Accordingly, the motion to suppress evidence seized during a vehicular stop filed by defendant is DENIED.

This Order does not address the Supplemental Report and Recommendation issued February 2, 2009, or rule on Defendant's motion to suppress custodial statements referred to in the Supplemental Report and Recommendation of February 2, 2009.

It is so ORDERED.

SIGNED this 9th day of February, 2009.

MARY LOU ROBINSON
United States District Judge